## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF ARKANSAS
## FAYETTEVILLE DIVISION

**GUADALUPE MARY FIERRO**                                                                 **PLAINTIFF**

**VS.**                              **Case No. 18-CV-5081**

**WAL-MART STORES, INC.**                                                                **DEFENDANT**

### JOINT MOTION TO DISMISS WITH PREJUDICE

The parties, Guadalupe Mary Fierro and Wal-Mart Stores, Inc., for their Joint Motion to Dismiss with Prejudice, state:

1. Plaintiff originally filed this action against Wal-Mart Stores, Inc. on May 15, 2018. The Defendant timely Answered and denied liability for the claims asserted by the Plaintiff.

2. The parties now move for dismissal of the Plaintiff's Complaint with prejudice, each party to bear her or its own costs and fees.

WHEREFORE, the parties request that the Court grant their Joint Motion to Dismiss with Prejudice, that the Court enter an Order dismissing all claims with prejudice, and for any other relief to which they are entitled.

Respectfully submitted,

**KUTAK ROCK LLP**

/s/  Scott Jackson
Scott Jackson (AR Bar No. 2008195)
Bailey Knapp (AR Bar No. 2017214)
234 East Millsap Road, Suite 200
Fayetteville, AR 72703-4099
Phone: 479.973.4200
Fax: 479.973.0007
Scott.Jackson@KutakRock.com
Bailey.Knapp@KutakRock.com

ATTORNEYS FOR DEFENDANT

2

                          AND

                          /s/ Ken Swindle
Ken Swindle, Ark. Bar No. 97234
619 West Persimmon Street
Rogers, AR  72756
Telephone: (479) 621-0120
Facsimile:  (479) 621-0838
ken@swindlelawfirm.com

and

Gerry Schulze, Ark. Bar No. 83156
2311 Biscayne Drive, Suite 300
Little Rock, AR 72227
Telephone: (501) 537-1000
Facsimile:  (501) 537-1001
gschulze@bsmp.law
gschulze@b-s-m-law.com

ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing document with the Clerk of Court using CM/ECF system, and will send notification of such filing to the following:

James Gerard Schulze
gschulze@b-s-m-law.com
gschulze@bsmp.law

Ken David Swindle
ken@swindlelawfirm.com

this 26th day of February, 2019.

                          /s/ Scott Jackson