IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**GUADALUPE MARY FIERRO**                                          **PLAINTIFF**

NO. 5:18CV5081-TLB

**WAL-MART STORES, INC.**                                          **DEFENDANT**

## CLERK'S ORDER OF DISMISSAL

On this 1ST day of March 2019, the parties hereto having filed a joint Motion to Dismiss [22] pursuant to Rule 41 (a), Federal Rules of Civil Procedure, IT IS ORDERED that plaintiff's complaint be, and hereby is dismissed with prejudice.

AT THE DIRECTION OF THE COURT

DOUGLAS F. YOUNG, CLERK

BY: *Gayle Drummonds*
      Deputy Clerk